COPE, J.
(concurring).
In his motion for postconviction relief under Florida Rule of Criminal Procedure 3.850, Randolph Hurley states that he pled guilty to the offense of first-degree murder in 1993. Based on the trial court case number, apparently the 1991 Florida Statutes are applicable. Under the 1991 statutes, a defendant sentenced to life imprisonment for first-degree murder is eligible for parole after serving twenty-five years. § 775.082(1), Fla. Stat. (1991).
The defendant’s motion confuses parole (for which he apparently is eligible) with control release (for which he is apparently not eligible). See id. § 947.146(4)(i). The defendant should contact the Parole Commission regarding his parole eligibility.